UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| DIAMONDHEAD CASINO CORPORATION ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> EDSON ARNEAULT, et al., ) <br> ) <br> Appellees. ) | ) <br> ) <br> ) <br> ) <br> Case No. 1:25-cv-1018-MN <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF THE APPEAL OF ALLEGED
DEBTOR, DIAMONDHEAD CASINO CORPORATION IN THE
<u>ABOVE-CAPTIONED ACTION</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the alleged debtor, Diamondhead Casino Corporation, hereby withdraws its appeal in the above-captioned proceeding.

Dated: October 21, 2025           BIGGS & BATTAGLIA

<u>/s/ Robert D. Goldberg</u>
Robert D. Goldberg (Delaware Bar ID #631)
921 N. Orange Street
Wilmington, DE  19899-1489
Telephone: (302) 655-9677
email: Goldberg@batlaw.com
*Attorney for Appellant Diamondhead Casino Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appeal was served electronically, via CM/ECF, this 21st day of October, 2025 on the following:

Jonathan M. Stemerman, Esquire
Armstrong Teasdale, LLP
1007 N. Market Street, 3rd Floor
Wilmington, DE 19801

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Deborah A. Vitale
1013 Princess Street
Alexandria, VA 22314

/s/ Robert D. Goldberg